**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In Re:                                                              BKY NO.: 24-40159
                                                                    CHAPTER 7
Jacob Arliss Lavan

       Debtor.

Last Four Digits of SSN: 0390
Address:  5100 Wayzata Blvd.
        Minneapolis, MN 55416                       Case No. 24-04054
                                                                    Adversary Proceeding

Regents of University of Minnesota                    **ANSWER TO AMENDED**
       Plaintiff,                                     **ADVERSARY COMPLAINT**

vs.

Jacob Arliss Lavan
       Defendant

---

TO:   US Trustee, Trustee Patti J. Sullivan, Regents of University of Minnesota and all parties in interest under local Rule 9013-3.

    Jacob Arliss Lavan, the above captioned debtor/ defendant, responds to the Regents of the University of Minnesota Adversary Complaint as follows:

    1.   The Court has jurisdiction over this proceeding, which arises in a case under the Bankruptcy Code and concerns debts and property of the Defendant and the bankruptcy estate, pursuant to 28 U.S.C. 1334. This is a core proceeding under 11 U.S.C. 157 (b)(2)(J) and venue is proper under 28 U.S.C. 1409(a). The petition commencing this Chapter 7 case was filed on 1/22/24. This case is now pending in this Court.

    2.   The debtor/ defendant would admit the allegations contained in paragraphs one and two of the complaint.

    3.   That defendant has no knowledge of the facts stated in paragraph three and therefore denies that allegation.

    4.   The defendant denies the allegation contained in paragraph four except the defendant admits to cashing the check in question.

1

5.	The defendant admits the first sentence of paragraph five of the complaint but denies the second sentence in that the defendant believed that he was legally entitled to this payment at the time that he cashed the check.

6.	The defendant admits the allegation contained in paragraph six of the complaint.

7.	The defendant denies the allegation contained in paragraph seven of the complaint except to admit that he did receive a letter from the defendant with an invoice but the invoice lacked accounting details.

8.	The defendant admits the allegations contained in paragraph eight of the complaint.

9.	As to paragraph nine of the complaint the defendant lacks knowledge as to whether the allegation contained in that paragraph are true and accordingly denies the allegation contained in that paragraph.

10.	As to paragraph ten of the complaint, the defendant does not know whether the university sent him detailed account data via FedEx and accordingly, denies this allegation. The defendant is without knowledge of the university continuing its efforts to contact the defendant and accordingly denies that allegation.

11.	The defendant admits the allegations contained in paragraphs 11, 12, and 13 of the complaint.

12.	The defendant denies the allegations contained in paragraphs 14 and 15 of the complaint.

WHEREFORE, the defendant asks this court to deny the plaintiff's requested determination of fraud and dismiss the plaintiff's cause of action with prejudice and whatever the court deems fair and equitable.

Dated: May 30, 2024	/e/ William L. Bodensteiner
	William L. Bodensteiner   #149093
	Attorney for Debtor
	202 West Oakland Avenue
	Austin, MN  55912
	(507) 437-7686
	william@bodensteinerlaw.com

**VERIFICATION**

I, William L. Bodensteiner, the attorney for the debtor, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

2

/e/ William L. Bodensteiner
William L. Bodensteiner   #149093
Attorney for Debtor
202 West Oakland Avenue
Austin, MN  55912
(507) 437-7686
william@bodensteinerlaw.com

3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In Re: | BKY NO.: 24-40159 |
| | CHAPTER 7 |
| Jacob Arliss Lavan | |
| Debtor. | |
| Last Four Digits of SSN: 0390 | |
| Address: 5100 Wayzata Blvd. | |
| Minneapolis, MN 55416 | |
| | Case No. 24-04054 |
| | Adversary Proceeding |
| Regents of University of Minnesota | **UNSWORN CERTIFICATE** |
| Plaintiff, | **FOR PROOF OF SERVICE** |
| vs. | |
| Jacob Arliss Lavan | |
| Defendant | |

---

     I, Gina Peterson, of the City of Austin, County of Mower, in the State of Minnesota, declares that on May 30, 2024 she served Answer to Amended Adversary Complaint upon each of the entities named below by mailing to each of them a copy thereof by enclosing the same in an envelope with first class mail postage prepaid and depositing the same in the Post Office at Austin, Minnesota, addressed to each at their respective addresses as follows:

Timothy J. Pramas
Senior Associate General Counsel
360 McNamara Alumni Center
200 Oak Street S.E.
Minneapolis, MN 55455

Jacob Arliss Lavan
5100 Wayzata Blvd
Minneapolis, MN 55416

Patti J. Sullivan, Trustee
1595 Selby Avenue
Ste 205
St. Paul, MN 55104

1

2

U.S. Trustee
1015 U.S. Courthouse
300 S. 4th St.
Minneapolis, MN 55415

And I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: <u>May 30, 2024</u>                            Signed: <u>/e/ Gina M. Peterson</u>
                                                                                        Gina M. Peterson

2