**UNIVERSITY OF MINNESOTA**
**Driven to Discover®**

Crookston • Duluth • Morris • Rochester • Twin Cities

Office of the General Counsel

360 McNamara Alumni Center
200 Oak Street S.E.
Minneapolis, MN 55455

612-624-4100
Direct: 612-626-7812

September 30, 2024

*Via ECF*

The Honorable William J. Fisher
U.S. Courthouse, Courtroom 2A
316 North Robert Street
St. Paul, MN 55101

    Re:    *Regents of the University of Minnesota v. Jacob Arliss Lavan*
            Adv. 24-04054

Dear Judge Fisher:

    This morning, I received tragic and sad news that the Defendant, Jacob Lavan, unexpectedly passed away. Considering this, the University of Minnesota is voluntarily dismissing its Amended Complaint and withdrawing its objection to a bankruptcy discharge in the above-referenced matter. We will be filing our Notice of Voluntary Dismissal this week.

    This matter is scheduled for a mediation with you on Thursday, October 3. I am writing to respectfully request that this mediation be cancelled. Thank you for your consideration.

                                  Very truly yours,

                                  *s/ Timothy J. Pramas*

                                  Timothy J. Pramas
                                  Senior Associate General Counsel

TJP/mh

cc:    William L. Bodensteiner
      (*Via ECF*)
    The Honorable William J. Fisher
      (*Via Email:  wjfchambers@mnb.uscourts.gov*)