UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:

Jacob Arliss Lavan,

    Debtor,

Bky. 24-40159
Chapter 7

---

Regents of the University of Minnesota,

    Plaintiff,

vs.

Jacob Arliss Lavan,

    Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Adv. Proc. No. 24-04054

---

    IT IS HEREBY STIPULATED AND AGREED: by and between Plaintiff Regents of the University of Minnesota ("University") and Defendant Jacob Arliss Lavan ("Defendant") by their undersigned counsel, that the University's claims against Defendant may be dismissed, with prejudice, pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41(a)(2), with each party bearing its own costs and attorney fees. Counsel for each party further stipulates that nothing has been promised to Plaintiff in consideration for its withdrawal of its objection to the discharge of debt Defendant owed to Plaintiff.

    IT IS FURTHER STIPULATED AND AGREED that an order of dismissal of this action with prejudice and without taxation of costs or attorney fees to any party may be entered pursuant to the Stipulation without further notice.

| | |
|---|---|
| Dated: October 1, 2024 | DOUGLAS R. PETERSON<br>General Counsel<br>University of Minnesota<br><br>By: s/ *Timothy J. Pramas*<br>Timothy J. Pramas (# 240321)<br>Senior Associate General Counsel<br>360 McNamara Alumni Center<br>200 Oak Street S.E.<br>Minneapolis, MN  55455<br>pram0001@umn.edu<br>(612) 626-7812<br><br>Attorneys for Plaintiff Regents of the University of Minnesota |
| Dated: October 1, 2024 | BODENSTEINER LAW<br><br>By: s/ *William L. Bodensteiner*<br>William L. Bodensteiner (# 149093)<br>202 West Oakland Avenue<br>Austin, MN  55912<br>william@bodensteinerlaw.com<br>(507) 437-7686<br><br>Attorneys for Defendant Jacob Arliss Lavan |